FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUN 19 2018 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Emily Dimatteo,

         Plaintiff,

- against -

Niagra Credit Solutions, Inc.,

         Defendants.

-----------------------------------------------------------X

ORDER OF DISCONTINUANCE

1:17-cv-6616-ENV-ST

VITALIANO, D.J.

The Court having been advised that this action has been settled,

Therefore, this action is discontinued without cost and without prejudice, except as to the right to reopen the action if the settlement is not consummated.

The Clerk is directed to close this case.

SO ORDERED.

DATED:    Brooklyn, New York
               6/18/2018

                                          /S/ USDJ ERIC N. VITALIANO
                                          ERIC N. VITALIANO
                                          U.S.D.J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILY DIMATTEO, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>NIAGRA CREDIT SOLUTIONS, INC.<br><br>Defendant. | Civil Action Number: 17-cv-06616<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the plaintiff EMILY DIMATTEO, and defendant NIAGRA CREDIT SOLUTIONS, INC, that the above-entitled action is hereby dismissed with prejudice, and without attorney's fees and costs against any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The class claims are dismissed without prejudice.

Dated: New York, New York
       May 14, 2018

Varacalli & Hamra, LLP.
*Attorneys for Plaintiff*

By: /s/*Ibrahim Abohamra*
  Ibrahim Abohamra
32 Broadway, Suite 1818
New York, New York 10004
Tel: (646) 590-0571

PELTAN LAW, PLLC
*Attorneys for Defendant*

By: /s/*David Peltan.*
  David Peltan
128 Church Street,
East Aurora, NY 14052
(716) 655-3887

                    SO ORDERED:

                    _____
                    HON. STEVEN TISCIONE
                    UNITED STATES MAGISTRATE JUDGE